**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6499**

_____

WILLIE LEE MARTIN, III,

    Plaintiff - Appellant,

  v.

MARY LOCKLEAR; TODD ISHEE; ROY COOPER,

    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-ct-03072-BO)

_____

Submitted:  November 16, 2023      Decided:  November 22, 2023

_____

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Dismissed in part and affirmed in part by unpublished per curiam opinion.

_____

Willie Lee Martin, III, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Lee Martin, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Martin was released from incarceration during the pendency of this appeal; thus, to the extent Martin challenges the dismissal of his request for injunctive relief, the appeal is moot. *See Rendelman v. Rouse*, 569 F.3d 182, 186 (4th Cir. 2009). We have reviewed the record and find no reversible error in the district court's dismissal of Martin's claims for damages. Accordingly, we dismiss the appeal in part as moot and affirm the remainder of the district court's judgment. *Martin v. Locklear*, No. 5:22-ct-03072-BO (E.D.N.C. Apr. 28, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED IN PART,*
*AFFIRMED IN PART*

2